UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

AKF, INC. D/B/A FUNDKITE,

    Plaintiff,

v.                                                  Case No.  1:21-CV-0215 (DNH/CFH)

GEOFFREY HANFORD HACKETT,

    Defendant.

---

### NOTICE OF VOLUNTARY DISMISSAL

---

Plaintiff, AKF, Inc. d/b/a FundKite, by and through its undersigned counsel, files this Notice of Voluntary Dismissal without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED

*David N. Hurd* (signature)

DAVID N. HURD
United States District Judge

Dated: 5/6/21  Utica, NY

Respectfully Submitted,

KAMINSKI LAW, PLLC

*Shanna Kaminski* (signature)

_____
SHANNA M. KAMINSKI
40950 Woodward Ave., Ste. 100
Bloomfield Hills, Michigan 48304
(248) 462-7111
skaminski@kaminskilawpllc.com

Dated: May 5, 2021